FRANCIS J. MULLIGAN, Public Administrator of the County of New York, as Administrator of the Estate of LEONICIO PEREZ, Deceased, Respondent, v. AIRBORNE TRANSPORT, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Breitel, JJ. [See *post*, p. 979.]

■

MARGARITE AUTEN, Appellant, v. HAROLD AUTEN, Respondent.— The determination made at Special Term is correct, except that institution of the action for a separation did not bar rights which had accrued under the separation agreement prior to that time. If such rights exist they may be enforced. Judgment and order unanimously modified accordingly and, as so modified, affirmed, without costs. Settle order on notice. Present — Peck, P. J., Dore, Cohn and Breitel, JJ. [See 281 App. Div. 740, 874.]

■

EDWARD ANDERSON, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn and Breitel, JJ.

■

In the Matter of ARMOUR AND COMPANY, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. [635–641 Brook Ave., Borough of The Bronx.] — Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Cohn and Breitel, JJ.

■

JANET W. LEVY, Respondent, v. 1165 PARK AVENUE CORPORATION, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Van Voorhis and Breitel, JJ. [See *post*, p. 931.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH TONER, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

JOHN D. WILSON, Respondent, v. NORMAN L. JENKINS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

■

In the Matter of the Arbitration between MODERN-SILVER LINEN SUPPLY CO., INC., et al., Appellants, and EVER-READY LINEN SUPPLY AND LAUNDRY CO., INC., Respondent. In the Matter of the Arbitration between EVER-READY LINEN SUPPLY AND LAUNDRY CO., INC., Respondent, and MODERN-SILVER LINEN SUPPLY CO., INC., et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.